# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2014-0313, <u>David Jackson & a. v. Richard Mason</u>, the court on February 13, 2015, issued the following order:**

Having considered the brief and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We vacate and remand.

The plaintiffs, David Jackson and Constantina Richards (tenants), appeal an order of the Circuit Court (<u>Introcaso</u>, J.) denying their petition under RSA 540-A:4 (Supp. 2014) against the defendant, Richard Mason (landlord), because they were "in arrears on rent." The tenants contend that "a tenant being current with rent is not a prerequisite to said tenant initiating and making out a claim under RSA 540-A:4." RSA chapter 540-A (Supp. 2014) does not explicitly require a tenant to be current with rent in order to file a petition under RSA 540-A:4. No party cites, nor are we aware of, any authority requiring a tenant to be current with rent in order to file a petition under RSA 540-A:4. Therefore, we vacate the trial court's order denying the tenants' petition and remand for further proceedings.

<u>Vacated and remanded</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.


**Eileen Fox,**
**Clerk**